1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FRANKIE AVERY,                      )   NO. CV 15-9823-MWF (AS)
                                    )
                Plaintiff,          )
                                    )
        v.                          )   **ORDER ACCEPTING FINDINGS,**
                                    )
CAROLYN W. COLVIN,                  )   **CONCLUSIONS AND RECOMMENDATIONS**
Acting Commissioner of Social       )
Security,                           )   **OF UNITED STATES MAGISTRATE**
                                    )
                                    )   **JUDGE**
                Defendant.          )
_____    )

18        Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has

19   reviewed the complaint, the records on file, and the attached Report

20   and Recommendation of United States Magistrate Judge to which no

21   objections were filed. The Court concurs with and accepts the

22   findings and conclusions of the Magistrate Judge.

23

24        IT IS ORDERED that: (1) the Report and Recommendation is

25   accepted and adopted as the Findings of Fact and Conclusions of Law

26   herein; (2) the decision of the Administrative Law Judge is vacated;

27   and (3) the matter is remanded to the Social Security Administration

28   for further administrative action consistent with the Report and

Recommendation.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment on counsel for Plaintiff and on the United States Attorney for the Central District of California.

DATED: November 29, 2016.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2