# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FRANKIE AVERY, | Case No. CV15-09823-MWF (AS) |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR THE AWARD OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"),

IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Three Thousand Six Hundred Dollars  (**$3,600.00**), and costs in the amount of **$400.00**, as authorized by 28 U.S.C. §1920, subject to the terms of the Stipulation.

Dated: March 21, 2017         / s /
                              HON. ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE